**Motion Granted; Order filed October 24, 2017.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-17-00384-CV**
_____

**MIDTOWN PARK DEVELOPMENT LTD, PAUL T. YOUNG AND HORIZON 2003, LLC, Appellants**

**V.**

**LOUIS F. GOZA, Appellee**

**On Appeal from the 212th District Court
Galveston County, Texas
Trial Court Cause No. 14-CV-0010**

## ORDER

Appellants, Midtown Park Development, LTD and Horizon 2003, LLC, are not represented by counsel in this appeal. Rather, appellants are attempting to represent themselves pro se through a corporate officer who is not an attorney. Except for the performance of ministerial tasks, corporations may appear and be represented only by a licensed attorney. *Kunstoplast of Am., Inc. v. Formosa*

*Plastics Corp., U.S.A.*, 937 S.W.2d 455, 456 (Tex. 1996); *see also Sherman v. Boston*, 486 S.W.3d 88, 95 (Tex. App.—Houston [14th Dist.] 2016, pet. denied).

On September 5, 2017, we requested appellants obtain counsel and their counsel file an appearance before October 2, 2017 to proceed on appeal. On October 4, 2017, appellants' corporate officer requested an additional 30 days to retain counsel for the legal entities. We grant appellants' motion.

Accordingly, we order appellants to retain counsel for this appeal and to provide proof of the retention on or before **November 1, 2017**. If appellants do not comply, the court will dismiss them as parties to this appeal on its own motion for failure to comply with our order.  *See* Tex. R. App. P. 42.3(c).

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.